IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-02464-WDM-CBS

MICHAEL JOHNSON,

    Plaintiff,

v.

SCHOOL DISTRICT #1, CITY AND COUNTY OF DENVER,

    Defendant.

_____

## MINUTE ORDER
_____

The following Minute Order is entered by Judge Walker D. Miller:

The parties unopposed motion to vacate the trial and trial preparation conference, filed January 30, 2007 (Docket No. 100), is granted. The parties shall file a stipulation of dismissal on or before February 13, 2007.

Dated: January 30, 2007

                s/ Walker D. Miller
                United States District Judge